1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  3:16-mc-5004 BHS |
| Plaintiff, | (3:04-CR-5226-1) |
| vs. | |
| ADAM KRISE, | |
| Defendant/Judgment Debtor, | **Order to Issue a Writ of Continuing Garnishment** |
| and | |
| PUYALLUP TRIBE OF INDIANS, | |
| Garnishee. | |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Adam Krise, from Puyallup Tribe of Indians, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Puyallup Tribe of Indians, whose address is Puyallup Tribe of Indians, Attn: Payroll, 3009 E. Portland Avenue, Tacoma, WA 98404.

//

//

**ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT**

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1   DATED this _22_ day of _February_, 2016.

2

3                          _____
                           UNITED STATES DISTRICT COURT JUDGE
4

5   Presented by:

6

7   KYLE A. FORSYTH, WSBA #34609
    Assistant United States Attorney
8   United States Attorney's Office
    700 Stewart Street, Suite 5220
9   Seattle, Washington 98101-1271
    Telephone: (206) 553-7970
10  Fax: (206) 553-4067
    E-mail:  kyle.forsyth@usdoj.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT**